IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REICH & TANG DEPOSIT SOLUTIONS, LLC and REICH & TANG DEPOSIT NETWORKS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. Nos. 16-1085 (GMS) 16-1086 (GMS) |
| v. | ) ) | 16-1087 (GMS) 16-1088 (GMS) |
| ISLAND INTELLECTUAL PROPERTY LLC and DOUBLE ROCK CORPORATION, | ) ) ) ) | 16-1089 (GMS) 16-1090 (GMS) 16-1091 (GMS) |
| Defendants. | ) | |

**EXHIBITS 1-4 TO JOINT STATUS REPORT**
(D.I. 39, 16-1085; D.I. 38, 16-1086; D.I. 38, 16-1087;
D.I. 38, 16-1088; D.I. 38, 16-1089; D.I. 38, 16-1090; and D.I. 38, 16-1091;

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
_____
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael C. Hendershot
Yar R. Chaikovsky
Lindsay M. White
PAUL HASTINGS LLP
1117 South California Avenue
Palo Alto, CA 94304
(650) 320-1800

Bruce M. Wexler
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

July 18, 2017