IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REICH & TANG DEPOSIT SOLUTIONS, LLC and REICH & TANG DEPOSIT NETWORKS, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>ISLAND INTELLECTUAL PROPERTY LLC and DOUBLE ROCK CORPORATION,<br><br>                Defendants. | C.A. No.  16-1085 GMS |

## CONSENT JUDGMENT

This matter is before the Court on the stipulation between Plaintiffs **Reich & Tang Deposit Solutions, LLC** and **Reich & Tang Deposit Networks, LLC** (together, "Plaintiffs") and Defendants **Island Intellectual Property LLC** ("IslandIP") and **Double Rock Corporation** (together with IslandIP, "Defendants") (Plaintiffs and Defendant, collectively, the "Parties" and each one, individually, a "Party").

**WHEREAS**, IslandIP owns U.S. Patent Nos. RE43,246, 7,519,551, 7,680,734, 7,716,131, 7,769,688, 7,809,640, 7,933,821, 8,311,916, 8,386,383, and 8,612,324 (together, the "Patents");

**WHEREAS**, in the above-captioned action (the "Action"), Plaintiffs sought a declaratory judgment, *inter alia*, that all claims in all of the Patents were invalid for failure to comply with the requirements of Title 35 of the United States Code, including, without

limitation, one or more of §§ 101, 102, 103, and 112;

**WHEREAS**, each Party conducted the necessary factual investigation to resolve the dispute, and after seeking and obtaining the advice of competent, sophisticated, and knowledgeable counsel, the Parties agreed to resolve and settle their dispute in a manner that, in the Parties' sound business judgment, is in the best interests of the Parties;

**WHEREAS**, Plaintiffs and Defendants have reached an agreement to finally settle the Action as set forth in this and other Consent Judgments and a separate Settlement Agreement which is contemporaneously and separately being executed;

**WHEREAS**, final settlement of this Action will permit Plaintiffs and Defendants to save litigation costs, as well as adhere to the judicially recognized mandate that encourages the settlement of litigation whenever possible; and

**WHEREAS**, final settlement of this Action serves the public interest by saving judicial resources.

**IT IS HEREBY STIPULATED, ORDERED, DECREED**, and **ADJUDGED** as follows:

1. The Court has jurisdiction over Plaintiffs and Defendants and the subject matter of this Litigation.

2. Plaintiffs acknowledges IslandIP's ownership of the Patents, and that each of the claims in each of the Patents are valid, enforceable, and patent-eligible.

3. All claims by Plaintiffs in this Action are hereby dismissed with prejudice.

4. Each party shall bear its own costs and attorney's fees.

5. This Court shall retain jurisdiction over Plaintiffs and Defendants for the purpose of enforcing the terms of this Consent Judgment.

IT IS SO ORDERED, DECREED AND ADJUDGED this __ day of _____, 2017:

_____
The Honorable Gregory M. Sleet
United States District Judge

| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Michael C. Hendershot<br>Yar R. Chaikovsky<br>Lindsay M. White<br>Paul Hastings LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>(650) 320-1800<br>michaelhendershot@paulhastings.com<br>yarchaikovsky@paulhastings.com<br>lindsaywhite@paulhastings.com<br><br>Bruce M. Wexler<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br>brucewexler@paulhastings.com | */s/ Karen Jacobs*<br>_____<br>Karen Jacobs (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@mnat.com<br><br>*Attorneys for Plaintiffs Reich & Tang Deposit Solutions, LLC and Reich & Tang Asset Management, LLC* |
| OF COUNSEL:<br><br>John Dellaportas<br>John Ward<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>(212) 808-7800<br>jdellaportas@kelleydrye.com<br>jward@kelleydrye.com | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br><br>*/s/ Gary W. Lipkin*<br>_____<br>Gary W. Lipkin (I.D. No. 4044)<br>Alexandra Rogin (I.D. No. 6197)<br>222 Delaware Avenue, 7th Floor<br>Wilmington, DE 19801<br>(302) 574-7400<br>glipkin@eckertseamans.com<br>arogin@eckertseamans.com<br><br>*Attorneys for Defendants Island Intellectual Property LLC and Double Rock Corporation* |